Keith E. Smith (State Bar No. 244505)
kesmith@wshblaw.com
Martin A Mettias (State Bar No. 355062)
mmettias@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
21804 Cactus Avenue, Suite 200
Riverside, California 92518-3010
Phone: 951.779.5000 ♦ Fax: 951.755.1650

Attorneys for Plaintiff, INSURANCE AUTO AUCTIONS, INC. IN CA.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE AUTO AUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BHT OF RICHMOND LLC, a Florida limited liability company, and DOES 1-50, <br><br> Defendants. | Case No. 1:24-cv-00631 JLT-SKO <br><br> **ORDER CONSOLIDATING CASES PURSUANT TO FRCP RULE 42(a)** <br><br> (Doc. 19) <br><br> District Judge Jennifer L. Thurston and Magistrate Judge Sheila K. Oberto <br><br> Trial Date:     None Set |

## ORDER

In view of the parties' Stipulation For Consolidation Pursuant to FRCP Rule 42(a) (Doc. 19), and good cause appearing, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall consolidate *Insurance Auto Auctions, Inc. v. BHT of Richmond, LLC*, Case No. 1:24-cv-00631-JLT-SKO, with *BHT of Richmond, LLC v. Insurance Auto Auctions, Inc*., Case No. 1:24-cv-00765-JLT-SKO, for all purposes;

2. All future filings and correspondence shall use Case No. 1:24-cv-00631-JLT-SKO;

3. The Clerk shall move Doc. Nos. 1, and 3–19 from the docket of Case No. 1:24-cv-00765-JLT-SKO to the docket of Case No. 1:24-cv-00631-JLT-SKO;

4. The Clerk shall administratively close *BHT of Richmond, LLC v. Insurance Auto Auctions, Inc.*, Case No. 1:24-cv-00765-JLT-SKO[1]; and

5. The Clerk shall file a copy of this Order in Case No. 1:24-cv-00765-JLT-SKO.

IT IS SO ORDERED.

Dated:   **November 13, 2024**          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that administratively closing this case has no impact whatsoever on the merits.