# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| INSURANCE AUTO AUCTIONS, INC., | Case No. 1:24-cv-00631 JLT SKO |
|---|---|
| Plaintiff/Counter-defendant, | **ORDER GRANTING JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE** |
| v. | |
| BHT OF RICHMOND LLC, a Florida limited liability company, and DOES 1-15, | (Doc. 44) |
| Defendant/Counterclaimant. | |

Having considered the parties' Joint Stipulation and Application to Modify Case Schedule ("Joint Stipulation"), (Doc. 44), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the November 14, 2024 Scheduling Order, (Doc. 41), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery | June 27, 2025 | August 27, 2025 |
| Expert Disclosure | July 18, 2025 | September 17, 2025 |
| Rebuttal Expert Disclosure | August 22, 2025 | October 22, 2025 |
| Expert Discovery Cutoff | October 3, 2025 | December 3, 2025 |
| Last Day to File Non-Dispositive Motions | October 31, 2025 | December 31, 2025 |
| Non-Dispositive Motions Hearing | December 10, 2025 | February 4, 2026 |
| Last Day to File Dispositive Motions | December 19, 2025 | January 19, 2026 |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. In addition, although the parties did not request an enlargement of the pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

| | | |
|---|---|---|
| Dispositive Motions Hearing | January 23, 2026 | February 23, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | March 18, 2026 | April 15, 2026 |
| Pre-Trial Conference | April 20, 2026 | May 18, 2026 |
| Trial | June 16, 2026 | July 14, 2026 |

IT IS SO ORDERED.

Dated:   **May 5, 2025**                             /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE