1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| INSURANCE AUTO AUCTIONS, INC., | Case No. 1:24-cv-00631 JLT SKO |
|---|---|
| Plaintiff/Counter-defendant, | **ORDER GRANTING JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE** |
| v. | |
| BHT OF RICHMOND LLC, a Florida limited liability company, and DOES 1-15, | (Doc. 50) |
| Defendant/Counterclaimant. | |

Having considered the parties' Joint Stipulation and Application to Modify Case Schedule ("Joint Stipulation"), (Doc. 50), and finding good cause to do so based on the parties' representation that they wish to continue mediation efforts, the Court hereby GRANTS the Joint Stipulation and ORDERS the following modified case schedule:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | August 27, 2025 | November 26, 2025 |
| Expert Disclosure | September 17, 2025 | December 17, 2025 |
| Rebuttal Expert Disclosure | October 22, 2025 | January 22, 20265 |

| | | |
|---|---|---|
| Expert Discovery Cutoff | December 3, 2025 | March 3, 2026 |
| Last Day to File Non-Dispositive Motions | December 31, 2025 | March 25, 2026 |
| Non-Dispositive Motions Hearing | February 1, 2026 | April 29, 2026 |
| Last Day to File Dispositive Motions | January 19, 2026 | April 17, 2026 |
| Dispositive Motions Hearing | February 23, 2026 | May 22, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | April 15, 2026 | July 15, 2026 |
| Pre-Trial Conference | May 18, 2026 | August 17, 2026 |
| Trial | July 14, 2026 | October 13, 2026 |

IT IS SO ORDERED.

Dated:   **July 11, 2025**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE