UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE AUTO AUCTIONS, INC., | No. 1:24-cv-00631-JLT-SKO |
| Plaintiff/Counter-defendant, | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| v. | |
| BHT OF RICHMOND, LLC, | (Doc. 56) |
| Defendant/Counterclaimant. | |

On December 1, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 56.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 2, 2025**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE